IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVA MEDICAL, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-10072 (JTD) |

**NOTICE AND AGENDA OF HEARING SCHEDULED
FOR FEBRUARY 18, 2020 AT 1:00 P.M. (EST/GMT-5:00)[2] IN COURTROOM #5[3][4]**

**UNCONTESTED MATTERS WITH CERTIFICATIONS (C.N.O/C.O.C)**

1. Application of the Debtor for Entry of an Order Appointing Stretto as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 44; Filed 1/28/20].

    **Response Deadline:** February 11, 2020 at 4:00 p.m. (EST).

    **Related Documents:**

    A. Certificate of No Objection Regarding Application of the Debtor for Entry of an Order Appointing Stretto as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 83; Filed 2/13/20].

    **Responses Received:** None.

    **Status:** A certificate of no objection has been filed for this matter, therefore, no hearing is necessary unless the Court has any comments or questions.

---

[1] The last four digits of the Debtor's tax identification number are (0505). The Debtor's mailing address is 5751 Copley Drive, Suite B, San Diego, CA 92111.

[2] Please be advised that the dates and times set forth in this notice and agenda are with reference to Eastern Standard Time (GMT-5:00) and may occur on another date and at another time in your location.

[3] Copies of all petitions, motions and pleadings identified herein may be obtained through the website of the Debtors' proposed claims agent at https://case.stretto.com/reva.

[4] Any party that resides or is domiciled in the United States who would like to participate telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946). **Any creditor or party in interest which resides or is domiciled outside of the United States (the "Foreign Creditors") may appear at the hearing in person or by telephone and, if desired, raise any objections. The telephone number for Foreign Creditors to attend, participate in or raise objections at the hearing is +1-303-248-9125 and entering passcode 595-3064 by 12:50 p.m. (Eastern Standard Time/GMT-5:00) on February 18, 2020**. A local, toll free number number, if available, can be provided by contacting proposed counsel to the Debtor, Jamila Justine Willis or David Riley, via email at jamila.willis@us.dlapiper.com and david.riley@us.dlapiper.com.

2. Application of the Debtor for Entry of an Order Authorizing the Debtor to Retain and Appoint Ernst & Young LLP as Restructuring Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 45. Filed 1/28/20].

   **Response Deadline:** February 11, 2020 at 4:00 p.m. (EST), extended to February 12, 2020 at 4:00 p.m. (EST) for the Office of the United States Trustee for the District of Delaware.

   **Related Documents:**

   A. Supplemental Exhibit(s) B to Richards Declaration in Support of Application to Employ/Retain Ernst & Young LLP as Restructuring Advisor Nunc Pro Tunc to the Petition Date [D.I. 48; Filed 1/29/20].

   B. Certification of Counsel Regarding Application of the Debtor for Entry of an Order Authorizing the Debtor to Retain and Appoint Ernst & Young LLP as Restructuring Advisor *Nunc Pro Tunc* to the Petition Date [D.I. __; Filed 2/13/20].

   **Responses Received:** None.

   **Status:** The Debtor anticipates filing a certification of counsel and revised proposed order with respect to this matter. The Debtor does not believe a hearing will be necessary unless the Court has any comments or questions.

## MATTERS GOING FORWARD

3. Motion of the Debtor for Approval of Interim and Final Agreed Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing [D.I. 16; Filed 1/14/20].

   **Response Deadline:** January 29, 2020 at 4:00 p.m. (EST), extended to February 3, 2020 at 4:00 p.m. (EST) for the Office of the United States Trustee for the District of Delaware.

   **Related Documents:**

   A. Interim Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [D.I. 34; Filed 1/15/20].

**Responses Received:**

A. United States Trustee's Objection to Motion of the Debtor for Approval of Interim and Final Agreed Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing [D.I. 49; Filed 2/3/20].

**Status:** This matter is going forward.

4. Application of Debtor for Entry of and Order (I) Authorizing the Debtor to Retain and Employ DLA Piper LLP (US) as Counsel, *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [D.I. 46; Filed 1/28/20].

**Response Deadline:** February 11, 2020 at 4:00 p.m. (EST), extended to February 13, 2020 at 4:00 p.m. (EST) for the Office of the United States Trustee for the District of Delaware.

**Related Documents:** None.

**Responses Received:** None.

**Status:** This matter is going forward.

5.      Prepackaged Chapter 11 Plan Of REVA Medical, Inc. [D.I. 13].

**Response Deadline:** February 13, 2020 at 12:00 p.m. (EST/GMT-5:00) for creditors or party in interest that reside or are domiciled in the United States. February 18, 2020 at 1:00 p.m. (EST/GMT-5:00) for Foreign Creditors.

**Related Documents:**

A.      Disclosure Statement For The Prepackaged Chapter 11 Plan Of REVA Medical, Inc. [D.I. 14].

B.      Order (I) Scheduling, and Shortening Notice of, a Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan, (II) Approving Form and Manner of Notice of (A) Combined Hearing and (B) Commencement of Chapter 11 Case, (III) Establishing Procedures for Objecting to (A) Disclosure Statement and/or (B) Plan, (IV) Approving Prepetition Solicitation Procedures, (V) Conditionally Directing the United States Trustee Not to Convene a Section 341 Meeting of Creditors, (VI) Conditionally Extending Deadline to File Schedules and Statements, and (VII) Granting Related Relief [D.I. 39; Filed 1/16/20].

C.      Notice to Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned [D.I. 40; Filed 1/16/20].

D.      Notice of Supplement to Prepackaged Chapter 11 Plan of REVA Medical, Inc. [D.I. 42; Filed 1/24/20].

E.      Affidavit of Service of Solicitation Materials [D.I. 53; Filed 2/4/20].

F.      Affidavit of Publication – Australian Sydney Morning Herald [D.I. 67; Filed 2/11/20].

G.      Affidavit of Publication – Austria Der Standard [D.I. 68; Filed 2/11/20].

H.      Affidavit of Publication – Belgium Het Niewusblad [D.I. 69; Filed 2/11/20].

I.      Affidavit of Publication – Brazil O Estado de S Paulo [D.I. 70; Filed 2/11/20].

J.      Affidavit of Publication – Denmark Politiken [D.I. 71; Filed 2/11/20].

K.      Affidavit of Publication – Financial Times Worldwide [D.I. 72; Filed 2/11/20].

L.      Affidavit of Publication – France Le Figaro [D.I. 73; Filed 2/11/20].

M.      Affidavit of Publication – Germany Frankfurter Allgemeine Zeitung [D.I. 74; Filed 2/11/20].

N.      Affidavit of Publication – Italy Corriere Della Sera [D.I. 75; Filed 2/11/20].

O.  Affidavit of Publication – Netherlands NRC Handelsblad [D.I. 76; Filed 2/11/20].

P.  Affidavit of Publication – New Zealand The Dominion Post [D.I. 77; Filed 2/11/20].

Q.  Affidavit of Publication – Poland Rzeczpospolita [D.I. 78; Filed 2/11/20].

R.  Affidavit of Publication – Slovenia DELO [D.I. 79; Filed 2/11/20].

S.  Affidavit of Publication – Turkey Sozcu [D.I. 80; Filed 2/11/20].

T.  Notice of First Amended Supplement to Prepackaged Chapter 11 Plan of Reva Medical, Inc. [D.I. 82; Filed 2/12/20].

**Responses Received:**  None.

**Status:**  This matter is going forward.

[*Remainder of Page intentionally Left Blank*]

| | |
|---|---|
| Dated: February 13, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Stuart M. Brown*<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br><br>-and-<br><br>Thomas A. Califano (admitted *pro hac vice*)<br>Jamila Justine Willis (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: thomas.califano@us.dlapiper.com<br>          jamila.willis@us.dlapiper.com<br><br>*Proposed Counsel to the Debtor* |