# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 5

**CASE NUMBER:** 20-10072   **CASE NAME:** REVA Medical, Inc.   **DATE:** 2/18/2020 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jasmine Ball | Debevoise & Plimpton LLP | Elliott Management |
| David Griffiths | Weil Gotshal | GSI |
| Kevin Bostel | " " | " " |
| Zach Shpiz | " " | " " |
| Stuart Brown | DLA | Debtor |
| Jamila Willis | " | " |
| Daniel Reilly | " | " |
| Linda Casey | UST | UST |
| Bill Bowden | Ashby | Elliott Management |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: 02/18/2020
Calendar Time: 01:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable John T. Dorsey
### Courtroom

*Amended Calendar  Feb 18 2020  7:31AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10392476 | Philippe V. Boss | (158) 220-3670 ext. | Bianchi Schwald | Debtor, Reva Medical, Inc. / LIVE |
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10388447 | John B. Bringardner | (646) 378-3143 ext. | Debtwire | Interested Party, John B. Bringardner / LISTEN ONLY |
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10361825 | Monica Clark | (612) 340-5647 ext. | Dorsey & Whitney LLP | Creditor, American Pre Clinical Services, LLC / LISTEN ONLY |
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10391722 | Leigh Elkolli | (858) 966-3000 ext. | Reva Medical, Inc. | Representing, Reva Medical, Inc. / LISTEN ONLY |
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10392380 | Anna McDermott | (212) 909-8940 ext. | Debevoise & Plimpton LLP | Interested Party, Interested Party / LISTEN ONLY |
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10373899 | Olivia Rockeman | (646) 324-6196 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10385805 | Chris Stauble | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Interested Party, Weil Gotshal & Manges LLP / LISTEN ONLY |
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10392446 | Robert Stockman | (858) 966-3000 ext. | Reva Medical, Inc. | Client, Robert Stockman / LISTEN ONLY |
| | | REVA Medical, Inc. | 20-10072 | Hearing | 10391712 | Jade Williams | (312) 368-4000 ext. | DLA Piper US, LLP | Debtor, Riva Medical, Inc. / LIVE |